**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

JUDGE JONES

UNITED STATES OF AMERICA      :

    -v-      :      NOTICE OF INTENT
                                           TO FILE AN INFORMATION
CECIL SUWAL,      :
    a/k/a "Katie,"             08 Mag. 463
    a/k/a "Kate,"      :

                Defendant.      :

- - - - - - - - - - - - - - - - - -x    **08 CRIM 497**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
           May 28, 2008

                             MICHAEL J. GARCIA
                             United States Attorney

               By: _____
                    DANIEL L. STEIN
                    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
ALBERTO A. EBANKS, ESQ.
Attorney for Cecil Suwal

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

5/29/08 WHEEL A