# EBANKS & SATTLER, LLP

ATTORNEYS AT LAW
20 VESEY STREET, SUITE 503
NEW YORK, NEW YORK 10007
(212) 766-4411
FACSIMILE
(212) 766-5899
www.ebsalaw.com

ADAM B. SATTLER
ALBERTO A. EBANKS

OF COUNSEL
RICHARD A. DIENST
ERICA B. SATTLER
STEPHEN A. RICCI
MARSHALL R. ISAACS
EDDY PIERRE PIERRE

July 23, 2008

*(VIA FASCIMILE 212-805-6191)*
The Honorable Barbara Jones
United State District Judge
Southern District of New York
New York, N.Y. 10007

RE: United States v. Cecil Suwal
08 CR. 497 (BSJ)

Dear Judge Jones:

I write on behalf of defendant Cecil Suwal to respectfully request an adjournment of the sentencing date. This request is made with the consent of the Government and the Department of Probation. The case is currently scheduled for sentencing on September 12, 2008.

Currently Ms. Suwal is working full time and attending an alternative to incarceration program run by The Fortune Society (see attached). Ms. Suwal has also been accepted into college for this fall semester.

Please accept this letter as a formal request to adjourn the sentencing in the interest of Justice as counsel is in the process of gathering, medical, psychological and other material for the court to review and consider prior to imposing a sentence on Ms. Suwal. It should be noted that, if the case were to be adjourned to a December date it would allow the court to consider Ms. Suwal's character when free of drugs, alcohol and the control of others. Further I believe this adjournment would aid the court in determining all of relevant factors that merit consideration including but not limited to the post arrest rehabilitation.

Thank you for your consideration of this matter.

Respectfully Submitted,

EBANKS & SATTLER, LLP

ALBERTO A. EBANKS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

Enc: AAE/sr

Cc: Emily Frankellis
AUSA Daniel L. Stein

*[Handwritten notation:]* Application is granted. Sentencing is adjourned to December 12, 2008, at 2pm. So ordered. Barbara S. Jones USDJ